# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 05, 2018**

SEAN F. McAVOY, CLERK

JOHN BERT HEATH,

*Plaintiff*

v.

UNITED STATES OF AMERICA,

*Defendant*

Civil Action No. 4:17-CV-05210-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Movant's Motion for Judicial Notice Pursuant to Rule 201 CONSTRUED as a Motion for Reconsideration (ECF No. 63, in Criminal Case No. 4:15-CR-06013-EFS) is DENIED.
Judgment pursuant to Federal Rule of Civil Procedure 58(a) entered in favor of the United States of America.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   EDWARD F. SHEA   on a motion
to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255.

Date: 9/5/2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*

Tonia Ramirez